In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO.  09-12-00460-CR
_____

MAURICE A. WILLIAMS A/K/A MAURICE ANTONIO WILLIAMS,
Appellant

V.

THE STATE OF TEXAS, Appellee

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 10-09440**

## MEMORANDUM OPINION

Pursuant to a plea bargain agreement, Maurice A. Williams a/k/a Maurice Antonio Williams pleaded guilty to robbery. The trial court found the evidence sufficient to find Williams guilty, but deferred further proceedings and placed Williams on community supervision for seven years. The State subsequently filed a motion to revoke Williams's unadjudicated community supervision. Williams pleaded "true" to violating one condition of his community supervision. The trial

court found that Williams violated his community supervision, found Williams guilty of robbery, and sentenced Williams to twelve years in prison.

Williams's appellate counsel filed a brief that presents counsel's professional evaluation of the record and concludes Williams's appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On November 8, 2012, we granted an extension of time for Williams to file a *pro se* brief. We received no response from Williams. We have determined that this appeal is wholly frivolous. We have independently examined the clerk's record and the reporter's record, and we agree that no arguable issues support an appeal. We find it unnecessary to order appointment of new counsel to re-brief the appeal. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on February 6, 2013
Opinion Delivered February 20, 2013
Do Not Publish
Before McKeithen, C.J., Gaultney and Kreger, JJ.

---

[1]Williams may challenge our decision by filing a petition for discretionary review. *See* Tex. R. App. P. 68.